[Nos. 24915-4-II; 24975-8-II;   Division Two.   January 11, 2002.]
25075-6-II.

THE STATE OF WASHINGTON, *Respondent*, v. EARL J. SWEETEN,
*Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, No. 91-1-01964-1, Terry D. Sebring, J., entered
June 29, 1993, and July 19 and September 3, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in
by Seinfeld and Houghton, JJ.

[No. 25870-6-II.   Division Two.   January 11, 2002.]

*In the Matter of the Estate of* JAY GOLDBERG.
PATRICIA POLLOCK GOLDBERG, *as Personal Representative*,
*Respondent*, v. LARRY DAVID GOLDBERG, *as Trustee and
Individually*, ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by
order of the Court of Appeals dated April 19, 2002. Substitute opinion filed. See 111 Wn. App. 1015.

[No. 26507-9-II.   Division Two.   January 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE ANTHONY
MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 00-1-02974-0, Kitty-Ann van Doorninck and
Vicki L. Hogan, JJ., entered September 29, 2000. *Affirmed*
by unpublished opinion per Morgan, J., concurred in by
Seinfeld and Bridgewater, JJ.